

40 North Central Avenue
19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Brent C. Gardner, State Bar No. 010243
Direct Dial: (602) 262-5739
Direct Fax: (602) 734-3827
EMail: BGardner@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
Direct Dial: (602) 262-5770
Direct Fax: (602) 734-3909
EMail: MRuth@LRLaw.com

Attorneys for Movant
Hanover Goodyear LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 11 |
| BUTTRUM GOODYEAR COMMERCE CENTER, LLC, | Case No. 2:10-bk-10712-EWH |
| Debtor, | **NOTICE OF LODGING ORDER TO SEQUESTER CASH COLLATERAL AND PROVIDE AN ACCOUNTING** |

NOTICE IS HEREBY GIVEN that Hanover Goodyear, LLC hereby lodges the proposed *Order to Sequester Cash Collateral and Provide and Accounting* (the "Order"). A true and correct copy of the Order is attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED this 28 April 2010.

**LEWIS AND ROCA LLP**


By /s/ B. Gardner (#010243)
Brent C. Gardner
Marvin C. Ruth
Attorneys for Movant
Hanover Goodyear LLC

2184722.1



COPY of the foregoing e-mailed
this 28th day of April 2010 to:

Don C. Fletcher
LAKE AND COBB
1095 West Rio Salado Parkway #206
Tempe, AZ 85281
Email: dfletcher@lakeandcobb.com
*Attorney for Debtor*

United States Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003


  /s/ Jennifer Cook
Lewis and Roca LLP

# EXHIBIT A



40 North Central Avenue
19th Floor
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Brent C. Gardner, State Bar No. 010243
Direct Dial: (602) 262-5739
Direct Fax: (602) 734-3827
EMail: BGardner@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
Direct Dial: (602) 262-5770
Direct Fax: (602) 734-3909
EMail: MRuth@LRLaw.com

Attorneys for Movant
Hanover Goodyear LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>BUTTRUM GOODYEAR COMMERCE CENTER, LLC,<br><br>Debtor, | Chapter: 11<br><br>Case No. 2:10-bk-10712-EWH<br><br>**ORDER TO SEQUESTER CASH COLLATERAL AND PROVIDE AN ACCOUNTING** |

This matter is before the Court on the "Notice of Non-Consent to Debtor's Use of Cash Collateral and Motion To Require that Debtor Sequester Proceeds of all Collateral and Provide an Accounting of the Proceeds of all Collateral" [DE 15] (the "Notice") filed by secured creditor Hanover Goodyear LLR ("Hanover"). Based on the Notice and the record before this court, and good cause appearing therefore,

IT IS ORDERED:

A. the Debtor shall immediately sequester the proceeds of any and all Collateral, as defined in the Notice, presently in the Debtor's possession and hereafter received by the Debtor;

B. the Debtor shall not spend, transfer or otherwise use any proceeds of Collateral except upon further order of the Court; and

C. the Debtor shall provide Hanover and the Court an accounting of the proceeds of any Collateral that the Debtor has received or spent since the petition date in this case.

DATED and SIGNED ABOVE

2184604.1